FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 24, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEFINA C.,[1] <br><br>　　　　Plaintiff, <br><br>　v. <br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, <br><br>　　　　Defendant. | No. 1:21-cv-03136-MKD <br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND CLOSING FILE** <br><br>**ECF Nos. 16, 21** |

　　　　Before the Court is the parties' Stipulated Motion for Remand, ECF No. 21, requesting remand of the above-captioned matter to the Commissioner for additional administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).  Attorney D. James Tree represents Plaintiff.  Attorney David Burdett represents Defendant.

---

[1] To protect the privacy of plaintiffs in social security cases, the undersigned identifies them by only their first names and the initial of their last names.  *See* LCivR 5.2(c).

ORDER - 1

After consideration, **IT IS HEREBY ORDERED** that:

1. The parties' Stipulated Motion for Remand, **ECF No. 21**, is **GRANTED**.

2. The above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).

The parties have stipulated to the following:

On remand, the Appeals Council will instruct the ALJ to:

- Offer Plaintiff the opportunity for a new hearing and further develop the record;

- Obtain medical expert testimony from a qualified pediatrician or specialist in an appropriate field of medicine who has reviewed the record in its entirety;

- Reevaluate the opinion evidence;

- For the period prior to the date Plaintiff attained age 18, reevaluate whether the severity of Plaintiff's impairments met or medically equaled the criteria of a listed impairment or functionally equaled the listings; and

- Issue a new decision.

*See* ECF No. 21 at 1-2.

3. Judgment shall be entered for **PLAINTIFF**.

ORDER - 2

4. Plaintiff's Motion for Summary Judgment, **ECF No. 16**, is **STRICKEN AS MOOT**.

5. Upon proper presentation, this Court will consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, **enter Judgment**, forward copies to counsel, and **CLOSE THE FILE**.

DATED June 24, 2022.

s/Mary K. Dimke
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE
